NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


YOUNBARON COOPER, DOC #092839,   )
      )
     Appellant,   )
      )
v.     )   Case No. 2D18-2415
      )
STATE OF FLORIDA,   )
      )
     Appellee.   )
_____)

Opinion filed June 14, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County, Philip J. Federico, Judge.

Younbaron Cooper, pro se.


PER CURIAM.


     Affirmed.


VILLANTI, SLEET, and ATKINSON, JJ., Concur.